UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES H. CLARK, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 4:05CV1299-SNL ) |
| ST. LOUIS PUBLIC SCHOOLS, et al., | ) ) |
| Defendants. | ) |

## ORDER

Defendants' motion to quash service of summons is before the Court. There has been no response.

As individual defendants, Shane Hopper, Larry Hutchins and Floyd Crues are not current employees of the Board of Education of the City of St. Louis, it would appear necessary to obtain personal service on them.

**IT IS THEREFORE ORDERED** that defendants' motion to quash service of summons on defendants Floyd Crues, Larry Hutchins and Shane Hopper is **GRANTED.**

Dated this ___11th___ day of October, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE